**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC,** | § | **CASE NO. 26-33110-sgj** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **LOUIS INVESTMENTS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY PROCEEDING** |
| | § | |
| **YSA Investments 1, LLC,** | § | **CASE NO. 26-03071-sgj** |
| | § | |
| **Defendant.** | | |

**ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**CAME ON FOR CONSIDERATION** the Emergency Motion for Temporary Restraining Order (the "Motion") filed by Plaintiff and Debtor Louis Investments, LLC ("Louis Investments" or the "Debtor") against Defendant YSA Investments 1, LLC ("YSA"). The Court, having considered the Motion, the Declaration of Marc Kulick filed in support of the Motion, the adversary complaint, the record in the Debtor's Chapter 11 case, the arguments of counsel, and applicable law,

**THE COURT FINDS THAT:**

A. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (E), (G), and (O).

C. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

D. Federal Rule of Bankruptcy Procedure 7065 makes Federal Rule of Civil Procedure 65 applicable in this adversary proceeding.

E. Louis Investments seeks emergency relief to preserve the status quo and prevent YSA from using self-help, alleged deeds, disputed title claims, law enforcement, or a competing property-management company to obtain possession, control, or operational management of the multifamily apartment properties listed on **Exhibit A** to the Declaration of Marc Kulick filed in support of the Motion and **attached to this Order**, except for any property identified in the Declaration as being operated by a receiver (collectively, the "Subject Properties").

F. The Court finds that Louis Investments has shown a substantial likelihood of success on the merits of its claim that YSA's alleged conduct violates or threatens to violate the automatic stay under 11 U.S.C. § 362(a), including § 362(a)(3).

G. The Court finds that Louis Investments has shown a substantial threat of immediate and irreparable harm absent temporary injunctive relief, including threatened loss of management control, disruption of property operations, confusion among tenants and vendors, loss of control over management offices, records, keys, access credentials, rent systems, tenant communications, and operating data across the Subject Properties.

H. The Court finds that the threatened injury to Louis Investments and its estate outweighs any harm that temporary injunctive relief may cause YSA. YSA may seek relief from this Court if it believes it has rights to possession, title, management, or control of any Subject Property.

I. The Court finds that entry of this Temporary Restraining Order serves the public interest by enforcing the automatic stay, preserving the status quo, preventing breach-of-the-peace risks at multifamily residential properties, protecting tenants and employees, and requiring disputes affecting bankruptcy estate interests to be resolved by court order rather than self-help.

J. The Court finds that the requested relief is necessary and appropriate under 11 U.S.C. §§ 105(a) and 362 and Federal Rule of Civil Procedure 65, made applicable by Federal Rule of Bankruptcy Procedure 7065.

K. Because Louis Investments is a debtor-in-possession seeking relief to enforce the automatic stay and preserve estate property and estate-related rights, no bond is required under Federal Rule of Bankruptcy Procedure 7065.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. Pending further order of this Court, YSA and its officers, agents, employees, representatives, attorneys, property managers, management companies, security personnel, contractors, affiliates, and all persons acting in concert with them are **TEMPORARILY RESTRAINED** from taking any of the following actions at, against, concerning, or in connection with any Subject Property:

   a. trespassing, excluding, removing, arresting, ticketing, threatening, or attempting to remove Vesta Realty, LLC ("Vesta Realty") personnel from the Subject Properties;

   b. directing, requesting, encouraging, or causing the Tulsa Police Department or any other law-enforcement agency to remove, trespass, arrest, ticket, threaten, or exclude Vesta Realty personnel from any Subject Property;

   c. installing, directing, using, or holding out Capital Assets or any other new property-management company as the authorized manager of the Subject Properties;

   d. interfering with Vesta Realty's management of the Subject Properties;

   e. taking possession of, exercising control over, or interfering with offices, keys, locks, records, computers, software systems, leasing files, tenant files, rent rolls, bank accounts, rent streams, communications, vendor

relationships, employees, contractors, or other property operations at or relating to any Subject Property;

f. contacting tenants, vendors, lenders, title companies, insurers, employees, contractors, or governmental authorities to assert that YSA, Capital Assets, or any other YSA-selected management company controls any Subject Property;

g. changing locks, access codes, management software credentials, banking credentials, rent-collection systems, utilities, vendor instructions, tenant-payment instructions, or any similar operational control mechanism at or relating to any Subject Property;

h. relying on any disputed mortgage, deed in lieu, title claim, deed, power of attorney, joinder, foreclosure theory, or other self-help theory to alter management, possession, or control of any Subject Property; and

i. taking any action to obtain possession of, exercise control over, or interfere with estate property, estate-related property, or arguable estate property at or relating to any Subject Property without further order of this Court.

3. YSA shall immediately withdraw all instructions to the Tulsa Police Department, any other law-enforcement agency, Capital Assets, and any other management company concerning removal, trespass, arrest, ticketing, exclusion, displacement, lock changes, management changes, rent changes, or control changes at or relating to any Subject Property.

4. YSA shall immediately notify the Tulsa Police Department, Capital Assets, and any other management company in writing that YSA has no authority to remove Vesta Realty personnel or alter management at any Subject Property absent further order of this Court.

5. YSA shall immediately restore the status quo as it existed before the petition date at each affected Subject Property.

6. YSA shall immediately return possession and operational control of every affected management office at each affected Subject Property to Vesta Realty's operational management.

7. YSA shall immediately return or restore any keys, access credentials, records, notices, rent instructions, management instructions, tenant communications, locks, software access, office access, or operational control obtained or altered because of YSA's conduct at or relating to any Subject Property.

8. YSA shall immediately rescind and withdraw any tenant, vendor, employee, lender, title-company, police, or management-company communication asserting that YSA, Capital Assets, or any other YSA-selected management company has taken control of any Subject Property.

9. YSA shall preserve and produce to counsel for Louis Investments copies of all communications with the Tulsa Police Department, any other law-enforcement agency, Capital Assets, any new management company, tenants, vendors, employees, contractors, title companies, lenders, insurers, and any other person concerning YSA's July 20, 2026 conduct and attempted takeover efforts at or relating to any Subject Property.

10. YSA shall immediately identify in writing every Subject Property at which YSA, Capital Assets, any YSA representative, any YSA-selected management company, any law-enforcement agency, or any person acting in concert with YSA has appeared, changed locks, attempted to remove Vesta Realty personnel, contacted tenants, changed management instructions, redirected rents, accessed management offices, or otherwise attempted to alter possession, management, or control.

11. Louis Investments shall serve this Temporary Restraining Order, the Motion, the supporting declaration, and notice of the preliminary-injunction hearing on YSA and any known counsel for YSA by email, ECF where available, and any other practicable means reasonably calculated to give prompt notice.

12. It is further ORDERED that this Temporary Restraining Order shall take effect immediately upon entry and shall remain in effect until __________ __, 2026 at ______________.m., unless extended by further order of this Court or by consent of the parties.

13. It is further ORDERED that the Court will conduct a hearing on preliminary injunctive relief on __________ __, 2026 at ______________.m. in Courtroom 1, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, or by such remote appearance procedures as the Court may direct.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
*Proposed Attorneys for Plaintiff*

# EXHIBIT A

| | Property | Location | County | Address | Owner(s) | Tax ID Number(s) | Units | Website | Date Acquired |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Thrive Jenks** | Jenks, OK | Tulsa County | 204 S Riverfront Dr, Jenks, OK 74037 | Jenk's Best Living, LLC | 82-2976554 | 168 | www.thrive-jenks.com | 11/15/2017 |
| 2 | **Lakeside Place** | Tulsa, OK | Tulsa County | 2186 S 99th E Ave, Tulsa, OK, 74129 | Lakeside Best Living, LLC | 82-4692220 | 208 | www.lakesidebestliving.com | 4/30/2018 |
| 3 | **Shoreline** | Tulsa, OK | Tulsa County | 9601 East 21st Place, Tulsa, OK 74129 | Shoreline's Best Living, LLC | 16-1620714 | 464 | www.shorelinesbestliving.com | 6/6/2018 |
| 4 | **Lexington Commons** | Bartlesville, OK | Washington County | 5530 Colony Way, Bartlesville, OK 74006 | Bartlesville's Best Living, LLC | 83-1472249 | 206 | www.lexingtoncommonsapts.com | 10/8/2018 |
| 5 | **Seminole Ridge** | Oklahoma City, OK | Oklahoma County | 125 W Interstate 240 Service Rd, Oklahoma City, OK 73139 | Vesta - Seminole Ridge, LLC | 87-1213500 | 224 | www.seminoleridgeapartments.com | 3/2/2020 |
| 6 | **Tuscany Village** | Oklahoma City, OK | Oklahoma County | 6900 London Way Oklahoma City, OK 73132 | Tuscany Village Best Living, LLC | 85-2811301 | 318 | http://tuscanyapartmentsokc.com/ | 10/13/2020 |
| 7 | **The Canopy** | Little Rock, AR | Pulaski County | 9201 Kanis Rd, Little Rock, AR 72205 | Canopy Best Living, LLC, NAE Canopy Apartments LLC, and Northboro QN, LLC | 85-3849612 | 240 | http://www.thecanopyapartmentslittlerock.com/ | 12/14/2020 |
| 8 | **Barcelona** | Tulsa, OK | Tulsa County | 5160 S Yale Ave Tulsa, Oklahoma, 74135 | Barcelona Best Living, LLC and GAM Chestnut Properties LLC | 86-3280973 | 232 | www.barcelonatulsa.com | 5/28/2021 |
| 9 | **23 East** | Tulsa, OK | Tulsa County | 11321 E 23rd St Unit 1 Tulsa, OK 74129 | Auerbach-Vesta 23 East LLC | 87-1591974 | 236 | http://www.23easttulsa.com/ | 8/6/2021 |
| 10 | **Villas at Midtown** | Tulsa, OK | Tulsa County | 2001 E Skelly Dr Tulsa, OK 74105 | Villas at Midtown Best Living, LLC | 87-2354319 | 476 | https://www.thevillasatmidtown.com/ | 9/27/2021 |
| 11 | **Putnam Green** | Oklahoma City, OK | Oklahoma County | 7525 Knight Lake Dr Oklahoma City, OK 73132 | Auerbach-Vesta, LLC | 87-1356564 | 250 | http://www.putnamgreenokc.com/ | 9/30/2021 |
| 13 | **Riverpark at Kensington** | Tulsa, OK | Tulsa County | 7803 S Wheeling Ave Tulsa, OK 74136 | Riverpark Best Living, LLC | 87-3854186 | 400 | http://www.riverparktulsa.com/ | 12/17/2021 |
| 14 | **Drexel Flats** | Oklahoma City, OK | Oklahoma County | 8800 Drexel Ave, Oklahoma City, OK 73159 | Drexel Flats Acquisition LLC and Drexel Flats Acquisition TIC LLC | 87-2977919 | 400 | https://www.drexelflats.com/ | 12/21/2021 |
| 15 | **The Ridge** | Midwest City, OK | Oklahoma County | 3834 N Oak Grove Dr. Midwest City, OK 73110 | Ridge Best Living, LLC | 87-3666156 | 278 | https://www.theridgeokc.com/ | 12/21/2021 |
| 16 | **Lofts at North Penn** | Edmond, OK | Oklahoma County | 15501 N Pennsylvania Ave Edmond, OK 73013 | Lofts at North Penn Best Living LLC | 87-3974188 | 192 | https://www.loftsatnorthpennokc.com/ | 12/28/2021 |
| 17 | **Village Creek at 67th** | Tulsa, OK | Tulsa County | 6630 S Zunis Ave Tulsa, OK 74136 | A-V Village Creek Owner, LLC | 87-4248838 | 226 | http://villagecreektulsa.com/ | 2/1/2022 |
| 19 | **727 Lofts** | Jenks, OK | Tulsa County | 727 E Main Pl Jenks, OK 74037 | 727 Lofts Best Living LLC | 88-0597639 | 99 | http://727loftsapartments.com/ | 3/10/2022 |
| 20 | **Muntage** | Oklahoma City, OK | Oklahoma County | 3041 NW 41st St Oklahoma City, OK 73112 | Muntage Best Living, LLC | 88-1313164 | 165 | www.muntageapartmentsokc.com | 4/8/2022 |
| 23 | **Bryan Hill** | Bethany, OK | Oklahoma County | 7204 NW 36th St, Bethany, OK 73008 | Bryan Hill's Best Living, LLC | 88-3127477 | 232 | https://www.bryanhillapartments.com/ | 8/4/2022 |
| 24 | **Springdale Village** | Oklahoma City, OK | Oklahoma County | 4330 S Barnes Ave Oklahoma City, OK 73119 | Springdale Village's Best Living, LLC | 88-3346904 | 128 | https://www.springdalevillageapartments.com/ | 8/4/2022 |
| 25 | **Summer Oaks** | Oklahoma City, OK | Oklahoma County | 5770 NW 16th St Oklahoma City, OK 73127 | Summer Oaks Best Living, LLC | 88-3236660 | 197 | https://www.summer-oaksapartments.com/ | 8/4/2022 |
| 26 | **One Eton Square** | Tulsa, OK | Tulsa County | 8111 E 60th St Tulsa, OK 74145 | One Eton Square, LLC and One Eton TIC 1, LLC | 88-3432402 and 88-3769458 | 448 | https://www.oneetonsquare.com/ | 9/21/2022 |
| 27 | **Woodland Manor** | Tulsa, OK | Tulsa County | 8641 E 61st St, Tulsa, OK 74133 | Woodland Manor's Best Living, LLC and Woodland Manor TIC 1, LLC | 88-2671446 and 88-3834314 | 305 | https://www.woodlandmanorapt.com/ | 10/18/2022 |
| 28 | **Eaton Place** | Wichita, KS | Sedgwick County | 517 E Douglas Ave, Wichita, KS 67202 | Eaton Place Best Living, LLC and Eaton Place TIC 1, LLC | 92-1099454 and 92-1343742 | 117 | www.eatonplace-apts.com/ | 12/29/2022 |
| 29 | **WoodScape Apartments** | Oklahoma City, OK | Oklahoma County | 4200 N Meridian Ave, Oklahoma City, OK 73112 | B & J WoodScape/Oklahoma City LLC | 68-0382738 | 498 | https://www.woodscapeokc.com/ | 4/21/2023 |
| 30 | **Copperfield Apartments** | Oklahoma City, OK | Oklahoma County | 2400 NW 30th St, Oklahoma City, OK 73112 | Copperfield Apartments Limited Partnership | 73-1566907 | 262 | https://www.copperfieldokc.com/ | 7/14/2023 |
| 31 | **The Capitol on 28th** | Oklahoma City, OK | Oklahoma County | 215 NE 28th St, Oklahoma City, OK 73105 | TRDwind Capitol, LLC | 83-0935471 | 231 | https://www.cap28okc.com/ | 2/15/2024 |
| 32 | **Remington Ranch** | Stillwater, OK | Payne County | 1815 N Boomer Road, Stillwater, OK 74075 | Remington Ranch's Best Living, LLC | 93-4729611 | 292 | https://remingtonranchstillwater.com/ | 4/29/2024 |
| | | | | | | | | | |
| | | | | | Total Units | | **7,492** | | |