Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
*Proposed Attorneys for Debtor / Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC,** | § | **CASE NO. 26-33110** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **ADVERSARY PROCEEDING** |
| **v.** | § | |
| | § | **CASE NO. 26-03071-sgj** |
| **YSA Investments 1, LLC,** | § | |
| | § | |
| **Defendant.** | | |

## DECLARATION OF ROHAN JOSEPH

STATE OF OKLAHOMA )
)
COUNTY OF _________ )

I, Rohan Joseph, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. My name is Rohan Joseph. I am over eighteen years of age, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct. I make this Declaration in support of Plaintiff Louis Investments, LLC's

Emergency Motion for Temporary Restraining Order [Dkt #3].

2. I serve as the Director of Asset Management for Vesta Realty, LLC. Vesta Realty is the property-management company that employs the personnel who operate and manage the properties at issue. Louis Investments, LLC is an investment and title-holding entity that owns assets within the portfolio.

3. The portfolio began experiencing significant financial pressure due, in part, to rising interest rates and restrictive second liens placed against certain properties in late 2025.

4. These liens restricted the property-owning entities' ability to refinance or sell the affected properties and contributed to the financial circumstances that ultimately resulted in the bankruptcy filings.

5. On Monday, July 20, 2026, representatives of YSA attempted to take physical control of multiple properties managed by Vesta Realty. At River Park (Riverpark's Best Living, LLC), YSA Investments 1, LLC representatives arrived with local law enforcement. Vesta Realty's employees were instructed to leave the property and were warned that they could be cited or arrested for trespassing if they attempted to return.

6. Later that day, YSA representatives gained entry to Village Creek (A-V Village Creek Owner, LLC) After gaining entry, YSA representatives drilled or changed locks at the property.

7. YSA also attempted to take control of the Lexington property in Bartlesville (Bartlesville's Best Living, LLC). As of the date of this Declaration, YSA maintains physical control over properties located in Tulsa and Jenks.

8. Vesta Realty employees have been informed that they may be treated as trespassers if they attempt to enter those properties.

9. I understand that YSA has attempted to recruit existing property employees by offering them raises of approximately $5.00 per hour to work for YSA instead of the current management.

10. YSA's actions have created substantial confusion among employees and tenants concerning who has authority to operate the properties. Normal operations at the affected properties have been substantially disrupted. Maintenance work orders are not being processed through the ordinary procedures, leasing activity has stopped or been materially impaired, and tenants are confused about where their rental payments should be sent.

11. The lack of clear operational control creates immediate concerns regarding tenant services, maintenance, leasing, rent collection, employee supervision, and the preservation of the properties.

12. Based on communications and events occurring at the properties, I understand that YSA has asserted ownership or control based on certain second-lien documents and purported powers of attorney.

13. YSA has relied on those claims when communicating with local law enforcement and representing that it has the legal authority to take possession of the properties.

14. Before YSA's actions beginning on July 20, 2026, Vesta Realty was responsible for managing the properties and overseeing their day-to-day operations.

15. In my experience as Director of Asset Management, the present uncertainty over management and possession is causing ongoing operational harm and threatens the stability and value of the affected properties. Unless the parties' respective rights and responsibilities are promptly clarified, I believe the disruption will continue to harm the properties, their employees, and their tenants.

EXECUTED this 24th day of July, 2026.

Rohan Joseph
Director of Asset Management
Vesta Realty