Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
*Proposed Attorneys for Debtor / Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC,** | § | **CASE NO. 26-33110** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **ADVERSARY PROCEEDING** |
| **v.** | § | |
| | § | **CASE NO. 26-03071-sgj** |
| **YSA Investments 1, LLC,** | § | |
| | § | |
| **Defendant.** | | |

**DECLARATION OF BENJAMIN DIDIER**

STATE OF OKLAHOMA )
)
COUNTY OF _________ )

I, Benjamin Didier, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. My name is Benjamin Didier. I am over eighteen years of age, of sound mind, and competent to make this Declaration. I serve as the Chief Operating Officer of Vesta Realty. I have personal knowledge of the facts stated herein and they are all true and correct. I make this

Declaration in support of Plaintiff Louis Investments, LLC's Emergency Motion for Temporary Restraining Order [Dkt #3].

2. Vesta Realty, LLC is the property-management company that employs the personnel who operate and manage the properties at issue. Louis Investments, LLC is an investment and title-holding entity that owns assets within the portfolio.

3. Vesta Realty manages the applicable properties pursuant to written Property Management Agreements. Vesta Realty's operational authority at those properties is derived from these agreements. It does not arise merely from Marc Kulick's position or authority as a sponsor, or from Louis Investments, LLC.

4. I am familiar with the portfolio's operations and financial condition through my duties as Chief Operating Officer. The portfolio's financial distress began in approximately mid-2025 because of several simultaneous pressures, including unexpected increases in property taxes, substantial increases in property-insurance premiums, and high interest rates affecting floating-rate debt.

5. Capital calls made to investors were largely unfilled. By approximately May 2025, primary suppliers began limiting or terminating credit. Although the portfolio reached peak occupancy and net operating income in approximately August 2025, its operational condition declined thereafter because debt-service obligations and legal expenses diverted funds that otherwise would have been available for property operations and maintenance.

6. On July 20, 2026, representatives of YSA Investments 1, LLC attempted to take control of the River Park property (River Park's Best Living, LLC). I explained to responding law-enforcement officers that the property and relevant entities were subject to bankruptcy protections.

Nevertheless, the officers advised me that I would be treated as a trespasser if I remained. I left the property only after I was threatened with arrest.

7. On July 21, 2026, YSA representatives locked a Vesta Realty regional manager out of the management office at Lexington Commons (Bartlesville's Best Living, LLC). Later that day, I regained access to the office with the assistance of an employee who was present at the property.

8. Following the Lexington Commons incident, I was informed that Parker Detweiler, acting on behalf of YSA, told property personnel that he was "coming for" me personally. I did not personally hear that statement. I understand that Kelly Washington has direct knowledge concerning the statement and the circumstances in which it was made.

9. On July 22, 2026, I went to 23 East (A-V 23 East Owner, LLC) after a property manager had left and secured the management-office doors. Responding law-enforcement officers threatened to arrest me for what they described as destruction of private property. I did not damage or destroy the property.

10. YSA's attempts to take physical and operational control have created substantial confusion and disruption at the properties. Employees have received competing instructions regarding who controls the properties, and residents have been confused about where and to whom rent and other payments should be made. YSA also attempted to redirect resident payments away from the existing property-management operation.

11. As of July 24, 2026, there have been eighteen (18) employee resignations associated with YSA's recruitment efforts, which included offers of signing bonuses and annual salary increases of approximately $5,000. Six (6) employees have not reported to work, nor have been in contact. Thirteen (13) have not reported to work, but have been in contact. One Hundred

Thirty Eight (138) employees have gone back to work across the Louis Investments, LLC portfolio.

12. As a result of the staffing disruption, management offices have been left unattended. City-code and housing inspections have been missed, scheduled move-ins have been postponed or lost, and residents have lacked reliable access to management personnel.

13. The disruption has also impaired maintenance and capital projects. Water leaks and other critical maintenance issues have not been timely addressed, and necessary capital-expenditure projects have been delayed. Based on what I have observed, YSA has not provided the funding necessary to maintain normal property operations during its attempted takeover.

14. The continuing uncertainty over possession, staffing, rent collection, inspections, move-ins, maintenance, and capital projects is causing immediate and ongoing harm to the properties, their residents, and the value of the assets.

15. Absent an order preventing further unilateral takeover efforts and restoring a single, orderly chain of operational authority, I expect employee losses, tenant confusion, lost revenue, deferred maintenance, and deterioration of the properties to continue.

EXECUTED this 24th day of July, 2026.

Benjamin Didier
Chief Operating Officer of Vesta Realty