Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
*Proposed Attorneys for Debtor / Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC,** | § | **CASE NO. 26-33110** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |
| | § | |
| | § | |
| **LOUIS INVESTMENTS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **ADVERSARY PROCEEDING** |
| **v.** | § | |
| | § | **CASE NO. 26-03071-sgj** |
| **YSA Investments 1, LLC,** | § | |
| | § | |
| **Defendant.** | | |

**<u>DECLARATION OF KELLEY WASHINGTON</u>**

STATE OF OKLAHOMA )
)
COUNTY OF _________ )

I, Kelley Washington, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. My name is Kelley Washington. I am over eighteen years of age, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct. I make this Declaration in support of Plaintiff Louis Investments,

LLC's Emergency Motion for Temporary Restraining Order [Dkt #3].

2. I am employed by Vesta Realty as an Operations Specialist. I began working for Marc Kulick in approximately September 2025. In my role, I assist with evictions and provide operational support at multiple properties managed by Vesta Realty, including River Park at Kensington (Riverpark's Best Living, LLC), 23 East (A-V 23 East Owner, LLC), Village Creek (A-V Village Creek Owner, LLC), and One Eton Square (One Eton Square, LLC).

3. My work is focused primarily on the day-to-day operation of the properties. Before the events described below, I was not substantially involved in, or familiar with, the details of the corporate bankruptcy proceedings or the dispute between Louis Investments, LLC and YSA Investments 1, LLC.

4. On or about July 20, 2026, I was directed to go to Lexington Commons (Bartlesville's Best Living, LLC) after learning that a Vesta Realty, LLC regional manager had been locked out of the management office by individuals acting on behalf of YSA.

5. I was asked to meet law-enforcement officers at the property. When the officers arrived, the situation was characterized as a civil matter, and the officers did not remove the YSA representatives from the property since they were in control of the property.

6. After I gained access to the office, I personally observed individuals acting on behalf of YSA inside or around the management office. I also personally observed YSA representatives filming members of the Vesta Realty team during the confrontation.

7. One of the YSA representatives was identified to me as Parker, whose last name I later came to learn is Detweiler. In my presence, Parker stated words to the effect that he would "bankrupt Ben." Parker also told Vesta Realty employees, in substance, that they would not be paid because "Marc has no money."

8. The statements and conduct I observed were threatening and disruptive. They created confusion and concern among Vesta Realty employees regarding whether they would be permitted to perform their jobs and whether they would receive their wages.

9. The lockout and confrontation interfered with Vesta Realty's ordinary management and operation of the property. Instead of performing our normal duties for the property and its residents, Vesta Realty employees were required to address access to the office, the presence of YSA representatives, and law-enforcement involvement.

10. The incident also caused me concern about my job security and my ability to continue carrying out my responsibilities at the properties supported by Vesta Realty.

11. To my knowledge, the YSA representatives did not return to the property the following day.

12. I make this declaration to describe the events I personally witnessed and the disruption those events caused to Vesta Realty's employees and operations.

EXECUTED this 24th day of July, 2026.

Verified by pdfFiller
07/24/2026

Kelley Washington
Operations Specialist
Vesta Realty, LLC