BTXN 208 (rev. 04/26)

IN RE: Louis Investments, LLC et al v. YSA Investments 1, LLC

DEBTOR

***COURT ADMITTED EXHIBITS***

Case #
26−03071−sgj

July 27 & 28, 2026
***HEARING DATE***

Stacey G Jernigan
***JUDGE PRESIDING***

Plaintiff Louis Investments, LLC et al expedited Motion for Preliminary Injunction doc. #3
***HEARING TYPE***

Michael Edmond
***REPORTED BY***

| MOVANT/RESPONDENT | ATTORNEY INFORMATION | EXHIBITS |
|---|---|---|
| Plaintiff Louis Investments, LLC et al | Lieb M. Lerner | Plaintiff's Exhibit #1, #2, #3, #7, #12, #13, #14, #15, #16, #17, #18, #19, #20, #21, #22, #24, #25, #26, #27, #32, #38 0 Tood Judicial Notice; #39, #41 Took Judicial Notice, #43 − The Chart Portion Only; #53, & #74 − Took Judicial Notice |
| Defendant YSA Investments 1, LLC | Jerry Hall | Exhibit #A−1 Bank of blu Valley Menu; Hard Copy |
| Defendant YSA Investments 1, LLC | Jerry Hall | Exhibit #98 − Vesta Realty / Lakeside/Shoreline Leasing email from Benjamin Didier to All Employees dated Monday, July 20, 2026 |